IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00816-EWN-BNB

CHARLOTTE VIGIL,

Plaintiff,

v.

SAFEWAY STORES, INC., a/k/a SAFEWAY INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion for Plaintiff's Counsel to Appear by Telephone at Scheduling Conference** [docket no. 8, filed May 30, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorney James A. Carleo may appear at the Scheduling Conference by calling Chambers at 303/844-6408 on June 7, 2007, at 4:30 p.m.

DATED:  May 31, 2007