IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00816-EWN-BNB

CHARLOTTE VIGIL,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion Pursuant to Fed.R.Civ.P. 15(a) to File Second Amended Complaint** [docket no. 15, filed July 6, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment 2 to docket entry no. 15, the **Second Amended Complaint and Jury Demand** for filing.

DATED: July 10, 2007