IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00816-EWN-BNB

CHARLOTTE VIGIL,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 23, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 9, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge